IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIDGET BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-2653 |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 18th day of September, 2018, upon consideration of Defendants Lori Paster, Rachel Holzman, Jody Greenblatt, and the School District of Philadelphia's Motion for Summary Judgment, Plaintiff Bridget Brown's opposition thereto, Defendants' reply, and the parties' presentations at the March 9, 2018, oral argument on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 14) is GRANTED and judgment is entered in favor of Defendants on all claims in Plaintiff's Complaint.

It is further ORDERED:

1. Plaintiff's Motion to Strike (Document 18) is DENIED;

2. Plaintiff's Motions in Limine (Documents 25, 26, 27, 28, 29) are DISMISSED as MOOT; and

3. Defendants' Motion in Limine (Document 30) is DISMISSED as MOOT.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.